IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LORENZA EVANS,** | * | |
| *On Behalf of Class of Similarly Situated Persons* | * | |
| | * | |
| Plaintiff, | * | Civil No. 1:17-cv-01784-ELH |
| | * | |
| v. | * | |
| | * | |
| **BILL ME LATER, INC.** | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lorenza Evans and Defendant Bill Me Later, Inc., by their undersigned counsel, do hereby stipulate that this action shall be dismissed without prejudice. The Parties do this to avoid any uncertainties with the pending motions before the Court.

Respectfully Submitted,

__/s/*Phillip R. Robinson*_____
Phillip R. Robinson
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD  20910
Phone (301) 448-1304
phillip@marylandconsumer.com

*Attorney for Plaintiff*

__/s/*Daniel J. Tobin (with permission)*_____
Daniel J. Tobin (Fed. Bar #10338)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Phone: (202) 661-2256
tobindj@ballardspahr.com

*Attorneys for Defendant Bill Me Later, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties and counsel of record when filed with the Court's ECF system.

_____/ss/_____
Phillip Robinson