# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Approved
ELH
USDJ
8/1/17

**LORENZA EVANS,**
*On Behalf of Class of Similarly Situated Persons*

Plaintiff,

v.

**BILL ME LATER, INC.**

Defendant.

Civil No. 1:17-cv-01784-ELH

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lorenza Evans and Defendant Bill Me Later, Inc., by their undersigned counsel, do hereby stipulate that this action shall be dismissed without prejudice. The Parties do this to avoid any uncertainties with the pending motions before the Court.

Respectfully Submitted,

/s/Phillip R. Robinson
Phillip R. Robinson
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
Phone (301) 448-1304
phillip@marylandconsumer.com

*Attorney for Plaintiff*

/s/Daniel J. Tobin (with permission)
Daniel J. Tobin (Fed. Bar #10338)
Ballard Spahr LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Phone: (202) 661-2256
tobindj@ballardspahr.com

*Attorneys for Defendant Bill Me Later, Inc.*